

**GRANTED**

The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.

**C. Scott Crabtree**
**District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

| | |
|---|---|
| **DISTRICT COURT, ADAMS COUNTY, STATE OF COLORADO** Address: 1100 Judicial Center Dr. Brighton CO 80601 | EFILED Document – District Court<br>CO Adams County District Court 17th JD<br>2011CV326<br>Filing Date: Mar 23 2011 9:21AM MDT<br>Transaction ID: 36629825 |
| **PLAINTIFF:**<br>BANK OF AMERICA, a national banking association.<br><br>v.<br><br>**DEFENDANT:**<br>MICHAEL NEIL SCHLUTERBUSCH, an individual; BANK ONE, N.A., a national banking association; the INTERNAL REVENUE SERVICE; the COLORADO DEPARTMENT OF REVENUE; COMPASS BANK, a Colorado corporation; NORTH PARK HOMEOWNER'S ASSOCIATION; and CAROL SNYDER, Public Trustee for Adams County Colorado | ▲ COURT USE ONLY ▲ |
| | Case Number: 2011 CV 326<br><br>Division/Courtroom: C |
| **ORDER** | |

    THIS MATTER having come before the Court on the Stipulation entered into between Plaintiff Bank of America and Defendant NorthPark Homeowners Association, and

    THE COURT being fully advises of the premises, hereby ORDERS that the Stipulation is accepted and approved as filed.

Dated: _____    BY THE COURT:

                                                                             _____
                                                                             DISTRICT COURT JUDGE

This document constitutes a ruling of the court and should be treated as such.

|  |  |
|---|---|
| **Court:** | CO Adams County District Court 17th JD |
| **Judge:** | Charles Scott Crabtree |
| **File & Serve Transaction ID:** | 36584069 |
| **Current Date:** | Mar 23, 2011 |
| **Case Number:** | 2011CV326 |
| **Case Name:** | BANK OF AM NA vs. SCHLUTERBUSCH, MICHAEL NEIL et al |
| **Court Authorizer:** | Charles Scott Crabtree |

/s/ **Judge Charles Scott Crabtree**