**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 11-cv-00930-REB-BNB

BANK OF AMERICA, a national banking association,

     Plaintiff,

v.

MICHAEL NEIL SCHLUTERBUSCH, an individual,
BANK ONE, N.A., a national banking association,
THE INTERNAL REVENUE SERVICE,
THE COLORAD DEPARTMENT OF REVENUE,
COMPASS BANK, a Colorado corporation,
NORTH PARK HOWEOWNER'S ASSOCIATION, and
CAROL SNYDER, Public Trustee For Adams County Colorado,

     Defendants.

---

**ORDER DISMISSING DEFENDANT,
THE INTERNAL REVENUE SERVICE, ONLY**

---

**Blackburn, J.**

The matter is before me on the United States of America's **Unopposed Joint Motion and Stipulation For Dismissal** [#54][1] filed February 27, 2012.  After reviewing the motion and the file, I conclude that the motion should be granted and plaintiff's claims against defendant, The Internal Revenue Service, should be dismissed with prejudice.

---

[1] "[#54]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the United States of America's **Unopposed Joint Motion and Stipulation For Dismissal** [#54] filed February 27, 2012, is **GRANTED**;

2.  That plaintiff's claims against defendant, The Internal Revenue Service, are **DISMISSED WITH PREJUDICE** with each of the affected parties to pay its own attorney fees and costs; and

3.  That defendant, The Internal Revenue Service, is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated February 28, 2012, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge