**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 11-cv-00930-REB-BNB

BANK OF AMERICA, a national banking association,

    Plaintiff,

v.

MICHAEL NEIL SCHLUTERBUSCH, an individual,
BANK ONE, N.A., a national banking association,
THE COLORADO DEPARTMENT OF REVENUE,
COMPASS BANK, a Colorado corporation,
NORTH PARK HOWEOWNER'S ASSOCIATION, and
CAROL SNYDER, Public Trustee For Adams County Colorado,

    Defendants.

**ORDER DISMISSING DEFENDANTS,
THE COLORADO DEPARTMENT OF REVENUE
AND MICHAEL NEIL SCHLUTERBUSH , ONLY**

**Blackburn, J.**

    The matter is before me on the **Joint Motion and Stipulation of Plaintiff and Defendants Colorado Department of Revenue and Michael N. Schluterbusch** [#58][1] filed March 9, 2012. After reviewing the motion and the file, I conclude that the motion should be granted and that plaintiff's claims against defendants, Michael Neil Schluterbush and the Colorado Department of Revenue, should be with prejudice.

---

[1] "[#58]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Motion and Stipulation of Plaintiff and Defendants Colorado Department of Revenue and Michael N. Schluterbusch** [#58] filed March 9, 2012, is **GRANTED**;

2. That plaintiff's claims against defendants, Michael Neil Schluterbush and the Colorado Department of Revenue, are **DISMISSED WITH PREJUDICE** with each of the affected parties to pay its own attorney fees and costs;

3. That any motion filed on behalf of defendants, Michael Neil Schluterbush or the Colorado Department of Revenue, is **DENIED** as moot; and

4. That defendants, Michael Neil Schluterbush and the Colorado Department of Revenue, are **DROPPED** as named parties to this action, and the case caption is amended accordingly.

Dated March 12, 2012, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge