**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 11-cv-00930-REB-BNB

BANK OF AMERICA, a national banking association,

     Plaintiff,

v.

BANK ONE, N.A., a national banking association,
COMPASS BANK, a Colorado corporation,
NORTH PARK HOWEOWNER'S ASSOCIATION, and
CAROL SNYDER, Public Trustee For Adams County Colorado,

     Defendants.

---

**MINUTE ORDER**[1]

---

     The **United States' Motion for Summary Judgment** [#42][2] filed September 27, 2011, and the **Plaintiff's Motion for Summary Judgment** [#44] filed October 18, 2011, both are **DENIED** as moot.  These motions concern the plaintiff's claims against the Internal Revenue Service and the Colorado Department of Revenue.  The relevant parties have agreed to stipulated dismissals of these defendants, the stipulations have been approved [#55 & #60], and both the Internal Revenue Service and the Colorado Department of Revenue have been dismissed as defendants in this case.

     Dated:  April 16, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#42]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.