# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 11-cv-00930-REB-BNB

BANK OF AMERICA, a national banking association,

    Plaintiff,

v.

BANK ONE, N.A., a national banking association,
COMPASS BANK, a Colorado corporation, and
CAROL SNYDER, Public Trustee For Adams County Colorado,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Joint Motion and Stipulation of Plaintiff and Carol Snyder, Public Trustee For Adams County Colorado To Dismiss and Vacate Trial Preparation Conference and Trial** [#63][1] filed April 19, 2012.  After reviewing the motion and the file, I conclude that the motion should be granted and that all claims asserted by the plaintiff against the Public Trustee should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Motion and Stipulation of Plaintiff and Carol Snyder, Public Trustee For Adams County Colorado To Dismiss and Vacate Trial**

---

[1] "[#63]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

**Preparation Conference and Trial** [#63] filed April 19, 2012, is **GRANTED**;

2.  That the Trial Preparation Conference set for Friday, April 20, 2012, is **VACATED**;

3.  That the trial to the court set to commence April 30, 2012, is **VACATED**; and

4.  That all claims asserted by the plaintiff against the Public Trustee are **DISMISSED WITHOUT PREJUDICE** with each of the affected parties to pay its own attorney fees and costs.

Dated April 19, 2012, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge